AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) Case No. 7:18-CR-007-001 |
| | ) |
| Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly" | ) |
| *Defendant* | ) |

*Handwritten:* 1820 0215 0794J
Fid 1046357
USMS 13434-171

*Stamp:* 2018 FEB 14 PM 4:18 US MARSHALS SERVICE MIDDLE GEORGIA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kenneth Vernon Hutto a/k/a "Kenny" a/k/a "Curly",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud, and Coercion and Financially Benefitting from Sex Trafficking by Force, Fraud, and Coercion

Date:   February 14, 2018

s/ S. B. DeCesare
*Issuing officer's signature*

City and state:   Valdosta, Georgia

S. B. DeCesare, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)*  02/14/18 , and the person was arrested on *(date)*  02-26-18
at *(city and state)*  Beaufort Co Jail .

Date:  02-26-18

*Arresting officer's signature*

CIDUSM Tim Zayac, D/SC
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Click here to enter text.
Known aliases:   _____
Last known residence:   Click here to enter text., Click here to enter text.
Prior addresses to which defendant/offender may still have ties:   _____

Last known employment:   _____
Last known telephone numbers:   _____
Place of birth:   _____
Date of birth:   Click here to enter text.
Social Security number:   Click here to enter text.
Height:   _____   Weight:   _____
Sex:   _____   Race:   _____
Hair:   _____   Eyes:   _____
Scars, tattoos, other distinguishing marks:   _____

History of violence, weapons, drug use:   _____

Known family, friends, and other associates *(name, relation, address, phone number)*:   _____

FBI number:   _____
Complete description of auto:   _____

Investigative agency and address:   _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:   _____

Date of last contact with pretrial services or probation officer *(if applicable)*:   _____